UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 88-CR-0819

UNITED STATES OF AMERICA,
    Plaintiff,

v.

TERRY L. GREENBERG
    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RE-SENTENCING AND/OR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582 (c)(2)

THIS MATTER came before the Court by virtue of the Defendant's Motion for Re-Sentencing and/or Sentence Reduction Pursuant to 18 U.S.C. Section 3582(c)(2) (D.E. #231) filed on April 29, 2008. After careful review of the Motion, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is DENIED. The Court is without jurisdiction to grant the requested relief.

DONE AND ORDERED in chambers in Miami, Florida this 5th day of May, 2008.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record
    U.S. Probation